JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 12-2816-JFW (CWx)**                                    Date:  May 16, 2012

Title:    Sonja Serventi -v- Aureliano Hernandez, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                               None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

    In the Notice of Settlement filed on May 14, 2012, Dkt. No. 8, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 29, 2012.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 29, 2012.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/31/12)